IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,                      No. CIV-S-03-1207 GEB KJM P

    vs.

J. KREJCHA, et al.,

    Defendants.

_____/

ABDULLAH MUHAMMAD,

    Plaintiff,                      No. CIV-S-01-2270 DFL KJM P

    vs.

CHAPLAIN ORTIZ, et al.,

    Defendants.                <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        The Clerk of Court recently served a court order in case number CIV-S-03-1207 GEB KJM P on plaintiff at his address of record, which is the same in both cases captioned above; the order was returned by the postal service as undeliverable. It appears that plaintiff has failed to comply with Local Rule 83-183(b), which requires that a party appearing in propria persona inform the court of any address change.

1       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of his current address.  See Local Rules 83-183(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
muha1207.33a