IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,                   No. CIV-S-03-1207 GEB KJM P

    vs.

J. KREJCHA, et al.,

    Defendants.
_____/

ABDULLAH MUHAMMAD,

    Plaintiff,                   No. CIV-S-01-2270 DFL KJM P

    vs.

CHAPLAIN ORTIZ, et al.,

    Defendants.            <u>ORDER</u>
_____/

        On February 9, 2006, the court issued findings and recommendations recommending that the above-captioned cases be dismissed. The findings and recommendations were returned to the court by the California Department of Corrections with a notation indicating that plaintiff is deceased.

/////

1

Good cause appearing, the court will order that all outstanding motions in the above-captioned cases be denied without prejudice. The court will also vacate the findings and recommendations issued February 9, 2006. Finally, counsel for defendants in both of the above-captioned-cases will be directed to ascertain whether plaintiff is in fact deceased and inform the court within ten days.

Accordingly, IT IS HEREBY ORDERED that:

1. All outstanding motions in both of the above-captioned matters are denied without prejudice;

2. The findings and recommendations issued by the court on February 9, 2006 are vacated;

3. Counsel for defendants in both of the above-captioned cases are directed to ascertain whether plaintiff is deceased and report their findings to the court within ten days.

DATED: March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1 muha1207.33a