IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,               No. CIV-S-03-1207 GEB KJM P

    vs.

J. KREJCHA, et al.,

    Defendants.

_____/

ABDULLAH MUHAMMAD,

    Plaintiff,               No. CIV-S-01-2270 DFL KJM P

    vs.

CHAPLAIN ORTIZ, et al.,

    Defendants,

_____/

        Suggestions of death on the record pertaining to the death of the plaintiff in the above-titled actions were filed on March 13, 2006 and March 9, 2006, respectively. As provided by Federal Rule of Civil Procedure 25(a), a motion for substitution of a proper party must be made no later than ninety days after the death is suggested upon the record. That time period has now expired, and no motions for substitution have been filed.

1

Accordingly, IT IS HEREBY RECOMMENDED that the above-titled actions be dismissed.

These findings and recommendations are submitted to the United States District Judges assigned to the above-titled cases, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after service of these findings and recommendations, any written objections may be filed with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] muhh1207.dea